# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: April 30, 2013**

Official Caption[1]

2013-1360, -1361, -1364, -1365, -1366, -1367, -1368, -1369, -1370, -1371

IN RE ARMODAFINIL PATENT LITIGATION

_____

CEPHALON, INC., CEPHALON FRANCE,
and TEVA SANTE SAS,

    Plaintiffs-Appellees,

v.

WATSON LABORATORIES, INC.,

    Defendant-Appellant,

and

SANDOZ, INC.,

    Defendant-Appellant,

and

LUPIN LIMITED,

    Defendant-Appellant,

and

APOTEX, INC.,

    Defendant-Appellant.

Appeals from the United States District Court for the District of Delaware in case nos. 10-MD-2200, 10-CV-0007, 10-CV-0055, 10-CV-0210, 10-CV-0695, 10-CV-1078 and 11-CV-0782, Chief Judge Gregory M. Sleet.

Authorized Abbreviated Caption[2]

CEPHALON, INC. V WATSON LABORATORIES, INC.,
2013-1360, -1361, -1364, -1365, -1366, -1367, -1368, -1369, -1370, -1371

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.