# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1360, -1361, -1364, -1365, -1366, 1367, -1368, -1369, -1370, -1371

IN RE ARMODAFINIL PATENT LITIGATION

---

CEPHALON, INC., CEPHALON FRANCE,
and TEVA SANTE SAS,

          Plaintiffs-Appellees,

v.

WATSON LABORATORIES, INC.,

          Defendant-Appellant,

and

SANDOZ, INC.,

          Defendant-Appellant,

and

LUPIN LIMITED,

          Defendant-Appellant,

and

APOTEX, INC.,

          Defendant-Appellant.

---

Appeals from the United States District Court for the District of Delaware in case nos. 10-MD-2200, 10-CV-0007, 10-CV-0055, 10-CV-0210, 10-CV-0695, 10-CV-1078 and 11-CV-0782, Chief Judge Gregory M. Sleet.

---

**DEFENDANT-APPELLANTS WATSON LABORATORIES, INC., SANDOZ, INC., AND APOTEX, INC.'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE THEIR OPENING BRIEF**

Defendant-Appellants Watson Laboratories, Inc., Sandoz, Inc., and Apotex, Inc. (the "Moving Appellants") respectfully move this Court for an extension of time to file and serve their opening brief in the above-captioned case, pursuant to Federal Rule of Appellate Procedure 26(b) and its local counterpart, Federal Circuit Rule 26(b). Opening briefs are currently due on July 1, 2013. The Moving Appellants request that this Court grant an additional thirty days, up to and including July 31, 2013, to file opening briefs. Appellants make this request in view of the number of Appellants, and the additional time needed to coordinate efforts between the Appellants, with the intent that the Moving Appellants would file a single, consolidated brief.

The Moving Appellants have discussed this motion with Plaintiffs-Appellees, Cephalon, Inc., Cephalon France, and Teva Sante SAS (collectively, "Appellees"), and Appellees have indicated that they do not oppose this motion.

The Moving Appellants have likewise discussed this motion with non-moving Appellant Lupin Limited, and Lupin has likewise indicated that it does not oppose this motion.

This is the Moving Appellants' first request for an extension of time.

WHEREFORE, for the foregoing reasons, the Moving Appellants respectfully request that this Court extend the time for filing opening briefs by thirty days, up to and including July 31, 2013.

Dated:  June 18, 2013								Respectfully submitted,


/s/ Jeffrey R. Gargano

Jeffrey R. Gargano
Peter M. Siavelis
Wan-Shon Lo
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, Illinois 60606
Tel: 312-372-2000
Fax: 312-984-7700
jgargano@mwe.com
psiavelis@mwe.com
slo@mwe.com

*Counsel for Defendant-Appellant Sandoz, Inc.*


/s/ Michael K. Nutter

Michael K. Nutter
Kevin E. Warner
William P. Ferranti
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel: 312-558-5600
Fax: 312-558-5700
mnutter@winston.com
kwarner@winston.com
bferranti@winston.com

*Counsel for Defendant-Appellant Watson Laboratories, Inc.*

/s/ Craig Kuchii
Robert Breisblatt
Craig Kuchii
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
312-902-5480
Robert.Breisblatt@kattenlaw.com

Robert T. Smith
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, NW
North Tower – Suite 200
Washington, DC  20007

*Counsel for*
*Defendant-Appellant Apotex, Inc.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1360, -1361, -1364, -1365, -1366, 1367, -1368, -1369, -1370, -1371

IN RE ARMODAFINIL PATENT LITIGATION

---

CEPHALON, INC., CEPHALON FRANCE,
and TEVA SANTE SAS,

                      Plaintiffs-Appellees,

v.

WATSON LABORATORIES, INC.,

                      Defendant-Appellant,

and

SANDOZ, INC.,

                      Defendant-Appellant,

and

LUPIN LIMITED,

                      Defendant-Appellant,

and

APOTEX, INC.,

                      Defendant-Appellant.

---

Appeals from the United States District Court for the District of Delaware in case nos. 10-MD-2200, 10-CV-0007, 10-CV-0055, 10-CV-0210, 10-CV-0695, 10-CV-1078 and 11-CV-0782, Chief Judge Gregory M. Sleet.

---

**AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT-APPELLANTS WATSON LABORATORIES, INC., SANDOZ, INC., AND APOTEX, INC.'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE THEIR OPENING BRIEF**

- 2 -

We, Jeffrey R. Gargano, counsel to Sandoz, Inc., Michael K. Nutter, counsel to Watson Laboratories, Inc. and Craig Kuchii, counsel to Apotex, Inc., declare under penalty of perjury pursuant to 28 U.S.C. § 1746, the following:

1. Jeffrey R. Gargano is a Partner with the law firm of McDermott Will & Emery LLP in Chicago, Illinois and is counsel of record for Sandoz, Inc. in the above-reference appeal.

2. Michael K. Nutter is a Partner with the law firm of Winston & Strawn LLP in Chicago, Illinois and is counsel of record for Watson Laboratories, Inc. in the above-reference appeal.

3. Craig Kuchii is a partner with the law firm of Katten Muchin Rosenman LLP in Chicago, Illinois and is counsel of record for Apotex, Inc. in the above-reference appeal.

4. We submit this affidavit in support of Defendant-Appellants Sandoz, Inc., Watson Laboratories, Inc. and Apotex, Inc.'s unopposed motion for a thirty (30) day extension of time to file their opening brief.

5. The moving Appellants (Sandoz, Inc.; Watson Laboratories, Inc,; and Apotex, Inc.) make this request because they intend to file a single, consolidated brief, but additional time is needed to coordinate efforts between them.

6. On June 6-7, 2013, counsel for Sandoz conferred with counsel for Cephalon, Inc., Cephalon France, and Teva Sante SAS, who stated that Plaintiffs-

Appellees do not oppose the instant motion. In addition, counsel have conferred with counsel for Lupin Limited, who likewise stated that it does not oppose the instant motion.

Dated: June 18, 2013              Respectfully submitted,

/s/ Jeffrey R. Gargano

Jeffrey R. Gargano
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, Illinois 60606
Tel: 312-372-2000
Fax: 312-984-7700
jgargano@mwe.com

*Counsel for Defendant-Appellant Sandoz, Inc.*

/s/ Michael K. Nutter
Michael K. Nutter
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel: 312-558-5600
Fax: 312-558-5700
bferranti@winston.com

*Counsel for Defendant-Appellant Watson Laboratories, Inc.*

/s/ Craig Kuchii
Craig Kuchii

K<small>ATTEN</small> M<small>UCHIN</small> R<small>OSENMAN</small> LLP
525 West Monroe Street
Chicago, IL 60661-3693
312-902-5480
Robert.Breisblatt@kattenlaw.com

*Counsel for
Defendant-Appellant Apotex, Inc.*

DM_US 43321979-1.084848.0045

- 4 -

## CERTIFICATE OF INTEREST

Counsel for Defendant-Appellant Sandoz, Inc., certifies the following:

1. The full name of every party or amicus represented by us is:

   Sandoz, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

   Not applicable

3. All parent corporations and any publicly held companies that own 10% or more of the stock of any party represented are:

   Novartis AG

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or expected to appear in this court are:

   McDermott Will & Emery LLP: Jeffrey R. Gargano, Peter M. Siavelis, Wan-Shon Lo, Rita J. Yoon;  Proctor Heyman LLP: Neal Belgam

Dated:  June 18, 2013              /s/ Jeffrey R. Gargano
                                   JEFFREY R. GARGANO

                                   *Counsel for Defendant-Appellant Sandoz, Inc.*

## CERTIFICATE OF INTEREST

Counsel for defendant-appellant Watson Laboratories, Inc., certifies the following:

5. The full name of every party or amicus represented by us is:

   Watson Laboratories, Inc.

6. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

   Not applicable.

7. All parent corporations and any publicly held companies that own 10% or more of the stock of any party represented are:

   Watson Laboratories, Inc. is a wholly-owned subsidiary of Actavis, Inc. Actavis, Inc. is a publicly held corporation that owns more than 10% of Watson Laboratories, Inc.

8. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or expected to appear in this court are:
   Winston & Strawn LLP (James F. Hurst, Michael K. Nutter, Kevin E. Warner, William P. Ferranti, David Luger, Gina J. Oka); Phillips Goldman & Spence, P.A., (John C. Phillips, Megan C. Haney).

Dated: June 18, 2013                     /s/ William P. Ferranti

                                         WILLIAM P. FERRANTI

                                         *Counsel for Defendant-Appellant*
                                         *Watson Laboratories, Inc.*

## CERTIFICATE OF INTEREST

Counsel for defendant-appellant Apotex, Inc., certifies the following:

9. The full name of every party or amicus represented by us is:

   Apotex, Inc.

10. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

    Not applicable (the real party in interest is the same as the party named in the caption).

11. All parent corporations and any publicly held companies that own 10% or more of the stock of any party represented are:

    Apotex Inc. is wholly owned by Apotex Pharmaceuticals Holdings Inc. (APHI), which itself is wholly owned by Apotex Holdings Inc. (AHI). None of Apotex Inc., APHI, or AHI is a publicly traded company.

12. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or expected to appear in this court are:
    Katten Muchin Rosenman LLP: Robert Breisblatt, Craig M. Kuchii, Robert T. Smith, Martin S. Masar III, Jessica R. Price, Charles B. Paradis, Martin T. LeFlevour; Flaster Greenberg P.C.: William J. Burnett, Jeffrey A. Cohen, Nella M. Bloom; Broad and Cassel: Matthew Scott Nelles

Dated:  June 18, 2013                    /s/ Robert Breisblatt

                                         *Counsel for Defendant-Appellant*
                                         *Apotex, Inc.*

**PROOF OF SERVICE**

I hereby certify that on June 18, 2013, a copy of the foregoing **DEFENDANT-APPELLANTS WATSON LABORATORIES, INC., SANDOZ, INC., AND APOTEX, INC.'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE THEIR OPENING BRIEF, AFFIDAVIT OF COUNSEL IN SUPPORT and CERTIFICATES OF INTEREST for DEFENDANT-APPELLANTS WATSON LABORATORIES, INC., SANDOZ, INC., AND APOTEX, INC.** were filed with the Court of Appeals for the Federal Circuit via electronic filing using the ECF system, which will serve notification of these filings upon counsel of record as set forth below:

> Barbara R. Rudolph
> Mark J. Feldstein
> FINNEGAN, HENDERSON, FARABOW,
>   GARRETT & DUNNER, LLP
> 901 New York Avenue, N.W.
> Washington, D.C. 20001-4413
> Tel: 202-408-4000
> Fax: 202-408-4400
> barbara.rudolph@finnegan.com
> mark.feldstein@finnegan.com
> *Attorneys for Plaintiff-Appellee*
>
> Charles E. Lipsey
> FINNEGAN, HENDERSON, FARABOW,
>   GARRETT & DUNNER, LLP
> Suite 800
> Two Freedom Square
> 11955 Freedom Drive
> Reston, Virginia 20190
> Tel: 571-203-2755

Fax: 202-408-4400
charles.lipsey@finnegan.com
*Attorney for Plaintiff-Appellee*

Robert Stanley
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Tel: 404-653-6441
Fax: 404-653-6444
robert.stanley@finnegan.com
*Attorney for Plaintiff-Appellee*

Barry S. White
Steven M. Amundson
Vicki M. Franks
Julie Kurzrok
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Tel: 212-588-0800
Fax: 212-588-0500
bwhite@flhlaw.com
samundson@flhlaw.com
vfranks@flhlaw.com
jkurzrok@flhlaw.com

Dated: June 18, 2013              /s/ Jeffrey R. Gargano

                                         Jeffrey R. Gargano
                                         Peter M. Siavelis
                                         Wan-Shon Lo
                                         McDermott Will & Emery LLP
                                         227 W. Monroe Street
                                         Suite 4400
                                         Chicago, Illinois 60606
                                         Tel: 312-372-2000

Fax: 312-984-7700
jgargano@mwe.com
psiavelis@mwe.com
slo@mwe.com
*Attorneys for Defendant-Appellant Sandoz, Inc.*

DM_US 43319090-1.084848.0045