**Nos. 2013-1360, -1361, -1364, -1365, -1366, -1367, -1368, 1369, -1370, -1371**

# In the United States Court of Appeals for the Federal Circuit

IN RE ARMODAFINIL PATENT LITIGATION

CEPHALON, INC., CEPHALON FRANCE, AND TEVA SANTE SAS,
PLAINTIFFS-APPELLEES

*v.*

WATSON LABORATORIES, INC., SANDOZ, INC., LUPIN LIMITED, AND APOTEX, INC.,
DEFENDANTS-APPELLANTS

*APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, CASE NOS. 10-MD-2200, 10-CV-0007, 10-CV-0055, 10-CV-0210, 10-CV-0695, 10-CV-1078, AND 11-CV-0782, CHIEF JUDGE GREGORY M. SLEET, PRESIDING*

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME BY DEFENDANTS-APPELLANTS WATSON LABORATORIES, INC., SANDOZ INC., AND APOTEX INC. TO FILE THEIR OPENING BRIEF**

Defendant-Appellants Watson Laboratories, Inc., Sandoz, Inc., and Apotex, Inc. ("Moving Appellants") respectfully move this Court for an extension of time to file and serve their opening brief in the above-captioned case, pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b). Moving Appellants' opening briefs are currently due on July 31, 2013. Moving Appellants request that this Court grant an additional 14 days, up to and including August 14, 2013.

This is Moving Appellants' second extension request. This Court previously granted Moving Appellants an extension of 30 days to file their opening briefs.

Moving Appellants anticipate filing a single consolidated opening brief. They make this extension request because of professional demands on counsel for Defendant-Appellant Watson Laboratories—including unexpected and critical client emergencies that have occupied the majority of counsel's time for the last two weeks, as well as obligations this week and next in *Auxilium Pharm., Inc. v. Watson Labs., Inc.*, No. 12-3084 (D.N.J.) (defending two depositions this week in Salt Lake City) and *Astra Aktiebolag v. Andrx Pharm., Inc.*, Nos. 99-8926, 99-9887 (S.D.N.Y.) (two expert reports due July 26; taking or defending three depositions next week in New York). Given these demands and the need to coordinate with counsel for the other Moving Appellants, an additional 14 days is necessary for Watson to properly complete work on the joint opening brief.

The other parties to this appeal—Defendant-Appellant Lupin Limited and Plaintiffs-Appellees, Cephalon, Inc., Cephalon France, and Teva Sante SAS—have been notified of this motion, and have advised that they do not oppose it.

WHEREFORE, Moving Appellants respectfully request that this Court extend the time for filing opening briefs by 14 days, up to and including August 14, 2013.

Dated: July 24, 2013                                              Respectfully submitted,

| /s/ Robert Breisblatt | /s/ Jeffrey R. Gargano | /s/ William P. Ferranti |
|---|---|---|
| ROBERT BREISBLATT | JEFFREY R. GARGANO | JAMES F. HURST |
| CRAIG KUCHII | PETER M. SIAVELIS | MICHAEL K. NUTTER |
| ROBERT T. SMITH | WAN-SHON LO | KEVIN E. WARNER |
| *Katten Muchin Rosenman LLP* | *McDermott Will & Emery LLP* | WILLIAM P. FERRANTI *Winston & Strawn LLP* |
| *525 West Monroe Street* | *227 W. Monroe Street* | *35 W. Wacker Drive* |
| *Chicago, Illinois 60661* | *Suite 4400* | *Chicago, Illinois 60601* |
| *(312) 902-5480* | *Chicago, Illinois 60606* | *(312) 558-5600* |
| *Robert.Breisblatt @kattenlaw.com* | *(312) 372-2000* *slo@mwe.com* | *mnutter@winston.com* |
| *Counsel for Apotex, Inc.* | *Counsel for Sandoz, Inc.* | *Counsel for Watson Laboratories, Inc.* |

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellant Watson Laboratories, Inc. certifies the following:

1. The full name of every party or amicus represented by us is:

   Watson Laboratories, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

   Not applicable.

3. All parent corporations and any publicly held companies that own 10% or more of the stock of any party represented are:

   Watson Laboratories, Inc. is a wholly-owned subsidiary of Actavis, Inc. Actavis, Inc. is a publicly held corporation that owns more than 10% of Watson Laboratories, Inc.

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or expected to appear in this court are:

   Winston & Strawn LLP (James F. Hurst, Michael K. Nutter, Kevin E. Warner, William P. Ferranti, David Luger, Gina J. Oka); Phillips Goldman & Spence, P.A., (John C. Phillips, Megan C. Haney).

Dated: July 24, 2013               /s/ William P. Ferranti
                                   WILLIAM P. FERRANTI

                                   *Counsel for Defendant-Appellant*
                                   *Watson Laboratories, Inc.*

## CERTIFICATE OF INTEREST

Counsel for Defendant-Appellant Sandoz, Inc. certifies the following:

1. The full name of every party or amicus represented by us is:

   Sandoz, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

   Not applicable

3. All parent corporations and any publicly held companies that own 10% or more of the stock of any party represented are:

   Novartis AG

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or expected to appear in this court are:

   McDermott Will & Emery LLP: Jeffrey R. Gargano, Peter M. Siavelis, Wan-Shon Lo, Rita J. Yoon;  Proctor Heyman LLP: Neal Belgam

Dated:  July 24, 2013               /s/ Jeffrey R. Gargano
                                    JEFFREY R. GARGANO

                                    *Counsel for Defendant-Appellant Sandoz, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellant Apotex, Inc. certifies the following:

1. The full name of every party or amicus represented by us is:

   Apotex, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

   Not applicable (the real party in interest is the same as the party named in the caption).

3. All parent corporations and any publicly held companies that own 10% or more of the stock of any party represented are:

   Apotex Inc. is wholly owned by Apotex Pharmaceuticals Holdings Inc. (APHI), which itself is wholly owned by Apotex Holdings Inc. (AHI). None of Apotex Inc., APHI, or AHI is a publicly traded company.

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or expected to appear in this court are:

   Katten Muchin Rosenman LLP: Robert Breisblatt, Craig M. Kuchii, Robert T. Smith, Martin S. Masar III, Jessica R. Price, Charles B. Paradis, Martin T. LeFlevour; Flaster Greenberg P.C.: William J. Burnett, Jeffrey A. Cohen, Nella M. Bloom; Broad and Cassel: Matthew Scott Nelles

Dated: July 24, 2013                /s/ Robert Breisblatt
                                    ROBERT BREISBLATT

                                    *Counsel for Defendant-Appellant Apotex, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013, I caused the foregoing motion to be electronically filed with the Clerk of Court using the CM/ECF system, and served on counsel of record via CM/ECF.

Dated: July 24, 2013                    /s/ William P. Ferrant
                                        WILLIAM P. FERRANTI

                                        *Counsel for Defendant-Appellant*
                                        *Watson Laboratories, Inc.*